IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Christopher Wayne Jackson, | ) | C.A. No. 4:09-918-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Assistant Warden Scott Lewis, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Plaintiff brought this *pro se* civil action against the Defendant under 42 U.S.C. § 1983. At the time he filed this action, the Plaintiff was an inmate in the South Carolina Department of Corrections.

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed May 12, 2009, by United States Magistrate Judge Tom Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends dismissal of this case without prejudice and without issuance and service of process. No objections have been filed to the Report.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th

Cir. 1983).

In light of this standard, the Court has carefully reviewed the Report and has concluded that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 8) and this action is **DISMISSED**.

**IT IS SO ORDERED.**

        S/ Terry L. Wooten
        **TERRY L. WOOTEN**
        **UNITED STATES DISTRICT JUDGE**

June 10, 2009
Florence, South Carolina

2